IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CR No. 21-mj-384-ZMF |
| **WILLARD JAKE PEART** | * | _____ <br> United States Magistrate Judge |
| **Defendant** | * | |

\* \* \* \* \*

## ORDER

THIS MATTER is before the Court on Defendant Peart's Motion to travel to Cancun, Mexico between September 7 and September 15, 2021. THE COURT, having considered the Motion and the Court's file, including the representation that counsel for the United States does not object to the Motion and the Status Report from the Pretrial Services Agency (ECF No. 15) which notes that it is not opposed to Defendant's request and that Defendant has complied -- as far as the Pretrial Services Agency is aware -- with his release conditions, it is hereby ORDERED that:

1. Mr. Peart's Motion For Permission To Travel To Cancun, Mexico is GRANTED.
2. Mr. Peart may travel with his wife Rachel Peart to Cancun, Mexico, departing Tuesday, September 7, 2021 and returning to the State of Utah on September 15, 2021, in accordance with the travel plans outlined in the Motion.
3. Mr. Peart shall contact his supervising Pretrial Officer prior to his departure and within 24 hours of his return from Cancun, Mexico. In addition, Mr. Peart shall provide his supervising Pretrial Officer with confirmation of the round trip airline tickets for himself and his hotel reservation prior to his departure.
4. All other conditions of Defendant's release (ECF No. 6) remain in effect, including his reporting requirements.

1

_____
G. Michael Harvey
United States Magistrate Judge